# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON THORNTON, | 1:07-cv-00864-AWI-WMW (HC) |
|                Petitioner, | |
| | **ORDER AUTHORIZING** |
| v. | **IN FORMA PAUPERIS STATUS** |
| MELVIN HUNTER, | |
|                Respondent. | |
| _____/ | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:    June 20, 2007**                      /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE