IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON THORNTON,

      Petitioner,                  1:07-cv-00864 ALA HC

    vs.

MELVIN HUNTER,

      Respondent.              <u>ORDER</u>

_____/

      Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus. Examination of the petition shows that Petitioner has failed to specify the grounds for relief in his petition. *See* Rule 2(c), Rules Governing § 2254 Cases.

      Therefore, IT IS HEREBY ORDERED that:

          1. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty-five days from the date of this order;

          2. Any amended petition must bear the case number assigned to this action and the title "Amended Petition"; and

          3. The Clerk of the Court is directed to send Petitioner the court's form for application for writ of habeas corpus.

/////

DATED: September 27, 2007

        /s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation