IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON THORNTON,

    Petitioner,               1:07-cv-00864 ALA HC

    vs.

MELVIN HUNTER,

    Respondent.          <u>ORDER</u>

_____/

      Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus. On September 27, 2007, Petitioner's petition was dismissed for failure to specify the grounds for relief. *See* Rule 2(c), Rules Governing § 2254 Cases. Petitioner was given leave to file an amended petition. That petition was due by November 5, 2007. Petitioner has not filed an amended petition.

      Therefore, IT IS HEREBY ORDERED that Petitioner's petition for writ of habeas corpus is dismissed.

/////

DATED: November 16, 2007

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation